UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **04-20961-CR-MORENO**

18 U.S.C. § 371
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C. § 2

MAGISTRATE JUDGE
GARBER

UNITED STATES OF AMERICA

vs.

**JULIO ALFREDO CASTILLO-CHAMBA and
ILDA BEATRIZ PEREZ-RUIZ,**

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From a date unknown to the Grand Jury, but at least as early as on or about July 18, 2004, and continuing through the present, in the Southern District of Florida, and elsewhere, the defendants,

**JULIO ALFREDO CASTILLO-CHAMBA and
ILDA BEATRIZ PEREZ-RUIZ,**

knowingly and willfully combined, conspired, confederated, and agreed with each other, and with others unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly bring and attempt to bring aliens to the United States, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, and regardless of any official action which might later be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).



## Overt Acts

In furtherance of the conspiracy described herein, one or more of the conspirators committed in the Southern District of Florida, and elsewhere, one or more of the following overt acts, among others:

1.   On or about July 18, 2004, JULIO ALFREDO CASTILLO-CHAMBA and ILDA BEATRIZ PEREZ-RUIZ had a conversation with an undercover agent wherein they discussed smuggling aliens into the United States.

2.   On or about July 18, 2004, ILDA BEATRIZ PEREZ-RUIZ had a conversation with an undercover agent wherein they negotiated the price to smuggle three aliens into the United States and the method of payment.

3.   On or about August 18, 2004, ILDA BEATRIZ PEREZ-RUIZ gave alien Cristian Rafael Crespo-Maza's passport to a person known to the Grand Jury.

4.   On or about September 21, 2004, ILDA BEATRIZ PEREZ-RUIZ had a conversation with an undercover agent wherein PEREZ-RUIZ instructed the undercover agent on where to meet alien Cristian Rafael Crespo-Maza.

5.   On or about October 26, 2004, ILDA BEATRIZ PEREZ-RUIZ had a conversation with an undercover agent wherein PEREZ-RUIZ instructed the undercover agent on where to meet alien Manuel Victoriano Sumba-Zhonger.

6.   On or about October 26, 2004, ILDA BEATRIZ PEREZ-RUIZ had a conversation with an undercover agent wherein they discussed alien Manuel Victoriano Sumba-Zhonger's alien smuggling fee.

7.   On or about November 4, 2004, JULIO ALFREDO CASTILLO-CHAMBA had a

conversation with an undercover agent wherein CASTILLO-CHAMBA told the undercover agent that $4,500 had been wire transferred into the undercover's bank account in Miami, Florida, as payment for smuggling aliens into the United States.

All in violation of Title 18, United States Code, Section 371.

It is further alleged that this offense involved five aliens.

## COUNTS 2-4

On or about December 5, 2004, in the Southern District of Florida, and elsewhere, the defendants,

**JULIO ALFREDO CASTILLO-CHAMBA and
ILDA BEATRIZ PEREZ-RUIZ,**

did knowingly bring and attempt to bring aliens to the United States, as set forth below in Counts 2-4, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens:

| Count | Alien |
|---|---|
| 2 | NUVE DEL ROCIO PAUCAR-CARABAJO |
| 3 | SILVIA MARGARITA PALAGUACHI CARABAJO |
| 4 | JENNY MARIANA ORDONEZ-PERALTA |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNTS 5-6

On or about December 5, 2004, in the Southern District of Florida, and elsewhere, the defendant,

3

**JULIO ALFREDO CASTILLO-CHAMBA,**

did knowingly bring and attempt to bring aliens to the United States, as set forth below in Counts 5 and 6, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens:

| Count | Alien |
|---|---|
| 5 | HUGO MARCELO LANDY-COMPOVERDE |
| 6 | BRAULIO ALADINO SINCHE-VERA |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNTS 7-11

On or about December 5, 2004, in the Southern District of Florida, and elsewhere, the defendant,

**ILDA BEATRIZ PEREZ-RUIZ,**

did knowingly bring and attempt to bring aliens to the United States, as set forth below in Counts 7-11, for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such aliens:

| Count | Alien |
|---|---|
| 7 | JHONNY PATRICIO CASTILLO-PEREZ |
| 8 | WAZHINGTON CRISTOBEL GONZALEZ-HERAS |
| 9 | JOSE OSWALDO SAETEROS-MONTERO |
| 10 | MARTHA AZUCENA SIGUENCIA-GONZALEZ |

| Count | Alien |
|---|---|
| 11 | JOSE LUIS QUINTEROS-PARRA |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
MICHELE R. KORVER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JULIO ALFREDO CASTILLO-CHAMBA
and ILDA BEATRIZ PEREZ-RUIZ,

__Defendants.__ /

CASE NO. 04-20961-CR-MORENO

MAGISTRATE

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

Court Division: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days     _X_     Petty    ___
   II   6 to 10 days    ___     Minor    ___
   III  11 to 20 days   ___     Misdem.  ___
   IV   21 to 60 days   ___     Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _X_ No

_____
MICHELE R. KORVER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0544231

Penalty Sheet(s) attached                                                                REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ILDA BEATRIZ PEREZ-RUIZ

Case No:

**Count 1:**

Conspiracy

Title 18, United States Code, Section 371

**\*Max. Penalty:** Five (5) years' imprisonment

**Counts 2-4, 7-11:**

Bringing and attempting to bring aliens to the United States

Title 8, United States Code, Section 1324(a)(2)(B)(ii)

**\*Max. Penalty:** Fifteen (15) years' imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>JULIO ALFREDO CASTILLO-CHAMBA</u>

Case No:_____

**Count 1:**

<u>Conspiracy</u>

<u>Title 18, United States Code, Section 371</u>

<u>*Max. Penalty:  Five (5)  years' imprisonment</u>

**Counts 2-4, 5-6:**

<u>Bringing and attempting to bring aliens to the United States</u>

<u>Title 8, United States Code, Section 1324(a)(2)(B)(ii)</u>

<u>*Max. Penalty:  Fifteen (15)  years' imprisonment</u>

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

Federal Grand Jury
Indictment Number
03-5-MCN-0165

No. 04-20961

UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of _____ FLORIDA _____

THE UNITED STATES OF AMERICA

vs.

JULIO ALFREDO CASTILLO-CHAMBA and
ILDA BEATRIZ PEREZ-RUIZ,

Defendants.

## INDICTMENT

18 U.S.C. § 371
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C. § 2

A true bill.

_____
Foreman

Filed in open court this _____ day,
of ___Dec.___ A.D. 2004

FGJ 03-05 (Miami)

_____
Clerk

Bail, $ _____

FORM DBD-34
March 04